UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA R. ALIEN, also known as TINA SEALS,

                Plaintiff,

-against-

DEPARTMENT OF HOMELAND
SECURITY, ET AL.,

                Defendants.

20-CV-10943 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On October 1, 2014, Judge Loretta A. Preska barred Plaintiff from filing any new civil action in this Court *in forma pauperis* ("IFP") without first obtaining from the Court leave to file. *See Seals v. McClurkin*, No. 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014). Plaintiff files this new action *pro se* without prepaying the filing fee or seeking leave to file the action. The action is dismissed without prejudice for Plaintiff's failure to comply with the October 1, 2014 order.[1]

## CONCLUSION

The Court dismisses this action without prejudice. Plaintiff has neither provided an address for service of the order nor consented to electronic service. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated:   December 29, 2020
            New York, New York

                                                    COLLEEN McMAHON
                                          Chief United States District Judge

---

[1] Even if Plaintiff had sought leave to file this action, the application is not a departure from Plaintiff's pattern of frivolous litigation.