UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA R. ALIEN, also known as TINA SEALS,

                Plaintiff,

-against-

DEPARTMENT OF HOMELAND SECURITY, ET AL,

                Defendants.

20-CV-10943 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued December 29, 2020, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the October 1, 2014 order in *Seals v. McClurkin*, 1:14-CV-6080, 7 (LAP), this action is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. Plaintiff has neither provided an address for service nor consented to electronic service.

Dated:    December 29, 2020
               New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge